UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM WOMACK,<br><br>                Petitioner,<br><br>     v.<br><br>DONALD HOLBROOK,<br><br>                Respondent. | CASE NO. C17-5822 BHS-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 22. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**; and

    (2)    Petitioner's motion for temporary injunctive relief (Dkt. 18) is **DENIED**.

Dated this 15th day of May, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER